**DISMISS; Opinion Filed September 23, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01081-CV

**INTEGRATED PARTNERS, Appellant**
**V.**
**THE BURKS GROUP, INC. ET AL., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14499**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Evans
Opinion Per Curiam

The Court has before it appellant's September 9, 2013 motion for voluntary dismissal.

We **GRANT** the motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM


131081F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

INTEGRATED PARTNERS, Appellant

No. 05-13-01081-CV        V.

THE BURKS GROUP, INC., ET AL.,
Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-14499.
Opinion delivered Per Curiam. Justices
Lang, Myers and Evans sitting for the Court.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellees THE BURKS GROUP, INC., ET AL. recover their costs of this appeal from appellant INTEGRATED PARTNERS.

Judgment entered this 23rd day of September, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE